

FILED
APR 1 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRITTANY NICOLE GREEN, <br><br> Defendant. | CR 19-05-BLG-SPW-2 <br><br> ORDER |

Pursuant to counsels' representation to the Court via e-mail dated March 29, 2019 and the court's agreement that a suppression hearing is not necessary in the above-captioned matter,

**IT IS HEREBY ORDERED** that the Suppression Hearing presently set for Thursday, May 9, 2019 at 9:30 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Suppress Statements and Motion to Suppress Evidence (Docs. 41 and 43) are deemed submitted on the briefs.

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 1st day of April, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge