IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
APR 16 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY PAUL GREEN and<br>BRITTANY NICOLE GREEN,<br><br>Defendants. | CR 19-05-BLG-SPW-02<br><br>ORDER |

Before the Court is Defendant Brittany Nicole Green's motion to suppress statements. (Doc. 41). The government filed its response wherein it agreed not to use the statements in its case in chief. (Doc. 53). Accordingly, Green's motion is DENIED as moot.

DATED this 15th day of April 2019.

SUSAN P. WATTERS
United States District Judge

1